# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: acruz | Date Created: 2/7/2019 |
| Case: 1−19−40750−nhl | Form ID: 245 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
tr        Richard J. McCord        rmccord@cbah.com
aty      Kevin Zazzera        kzazz007@yahoo.com

                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michelle R. Roller       14 Jackson St       Staten Island, NY 10304−2230
smg       NYS Department of Taxation & Finance       Bankruptcy Unit       PO Box 5300       Albany, NY 12205
smg       NYC Department of Finance       345 Adams Street       Office of Legal Affairs       Brooklyn, NY 11201−3719
smg       NYS Unemployment Insurance       Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg       Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office Building       201 Varick Street, Suite 1006       New York, NY 10014
9453428       Selene Finance       9990 Richmond Ave Ste 400       Houston, TX 77042−4546
9453427       mr. cooper       8950 Cypress Waters Blvd       Coppell, TX 75019−4620

                                                TOTAL: 7