|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------X<br>In re:<br><br>**Michelle R. Roller,**<br><br><br>Debtor.<br>-----------------------------------------------------------X | Return Date: May 21, 2019<br>Time:         2:30 P.M.<br><br>Chapter 7<br>Case no. 19-40750-NHL<br><br>**NOTICE OF MOTION FOR**<br>**RELIEF FROM AUTOMATIC STAY** |

 **PLEASE TAKE NOTICE** that upon the annexed motion of Knuckles, Komosinski & Manfro LLP, Ernest A. Yazzetti, Jr., Esq. on behalf of Selene Finance LP, as servicer for MTGLQ Investors, L.P. (the "Movant") will move this Court on:

> **May 21, 2019, at 2:30 P.M.**
> **at the**
> **United States Bankruptcy Court**
> **Eastern District of New York**
> **Conrad B. Duberstein U.S. Courthouse**
> **271-C Cadman Plaza East**
> **Brooklyn, NY 11201-1800**
> **Courtroom 3577**

or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §362(d)(2) granting the Movant relief from the automatic stay as it applies to property located at 490 Van Duzer Street, Staten Island, NY 10304, and for such other and further relief as this Court may deem just and proper.

Dated:   March 22, 2019
             Elmsford, New York

                                                                            Knuckles, Komosinski & Manfro LLP
                                                                            Attorneys for Selene Finance LP, as servicer
                                                                            for MTGLQ Investors, L.P.

                                                                            By: _____
                                                                            ERNEST A. YAZZETTI, JR., ESQ.
                                                                            565 Taxter Road, Suite 590
                                                                            Elmsford, New York 10523
                                                                            (914) 345-3020
                                                                            ey@kkmllp.com